MOTOR FINANCE CORP., RESPONDENT, v. CITY OF NEWARK ET AL, APPELLANTS.

Argued May 20, 1948—Decided September 3, 1948.

For the appellants, *Thomas L. Parsonnet.*

For the respondent, *Riker, Emery & Danzig.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, BODINE, HEHER, WACHENFELD, BURLING, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 12.

*For reversal*—None.

NEWARK HARDWARE & PLUMBING SUPPLY CO., RESPONDENT, v. STOVE MANUFACTURERS CORP., APPELLANT.

Argued May 19, 1948—Decided September 3, 1948.

For the appellant, *A. Warren Littman.*

For the respondent, *Max Shapiro.*

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Eastwood in the Supreme Court.

*For affirmance* — The Chancellor, Chief Justice, Bodine, Heher, Colie, Wachenfeld, Burling, Jacobs, Wells, Dill, Freund, McLean, Schettino, JJ. 13.

*For reversal*—None.

PASSAIC VALLEY WATER COMMISSION, RESPONDENT, v. DEPARTMENT OF CONSERVATION, ETC., APPELLANT.

Argued May 28, 1948—Decided September 3, 1948.

For the appellant, *Walter D. Van Riper.*

For the respondent, *Benjamin J. Spitz.*

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Eastwood in the Supreme Court.

*For affirmance* — The Chancellor, Chief Justice, Bodine, Heher, Wachenfeld, Burling, Jacobs, Wells, Dill, Freund, McLean, Schettino, JJ. 12.

*For reversal*—None.